UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:09-mj-00125-YNP

U.S.A.
v.

Igor Kargin

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS.  **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____        _____
                              Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 40.00          (✓) **Penalty ASSESSMENT** of $ 10.00

( ) **PROCESSING Fee** of $ _____   for a **TOTAL AMOUNT** of $ 50.00 ,

paid within 60 Days     ~~xxxxxxxxxx~~ OR payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
12 months ban on Park Entrance

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU        [ ] CLERK, U.S.D.C.          [✓] CLERK, U.S.D.C.
    PO Box 70939                         501 'I' St., #4-200           2500 Tulare St., Rm 1501
    Charlotte, NC 28272-0939             Sacramento, CA 95814          Fresno, CA 93721
    1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 7/6/2009              _____/s/ TIMOTHY BERTALOTTO_____
                             for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007